UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDNEY E. CHANDLER,

    Petitioner,                                          Case No. 1:08-cv-555

v                                                     HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Respondents.
_____/

## **FINAL ORDER**

      This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court deny the petition. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 7) is **APPROVED** and **ADOPTED** as the opinion of the Court and the petition for habeas corpus relief (Dkt 1) is **DISMISSED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted. Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

Date: September 18, 2008                                /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge